Darrell W. Miller § Case # 5:20CR01829-001
§
v.s. §
The United States § Judge Garcia
of §
America §
§ Dist of West Virginia

From the Southern District of Texas;

Now Comes, Darrell W. Miller acting (Pro-Se) Before the Honorable Courts under Rule §2241, New Evidence, And argues the Following.

A.  Basic Background. On Oct 3nd 2020, I was charged with 8 U.S.C. 1324 (A)(II), 1324(A)(1)(A)(V)(1), And 1324(A)(1)(B)(1) Con. to Transport's Attempt to transport and move and attempt to move an undocumented Alien with-in the united States by Means of Transportation and otherwise.

B.  <u>Newly Discovered Evidence</u>

On or About May of 2022, Texas Governor Greg Abbott started the process of <u>the Transportation of Undocumented Aliens "By The Bus Load"</u> To both Washington DC., And New York City NY. <u>With-in the United STATES BY MEANS OF TRANSPORTATION AND OTHERWISE</u>.

(1)

B. Con't   A Violation of Federal Statute 8: 1324 Alien Smuggle/Import according to the United States Code of Legal Rules and Proceedures.

According to President Joseph Biden The Vice President Kamalla Harris and all other Executive Branches from the White House all the way Down to the Local Government in Texas, The Transportation of Un-documented Aliens is No Longer a Punishable Crime.

C. Newly Found Evidence Argument...

On May 26, 2021 I was sentenced to a term of (36) months followed a term of (24) months of Supervised Release

This took Place while the Trump Administration was in office. Roufly (7) months later the Biden Administration took over office, with the Presidency and not Long After the United States Border was open to Aliens.

Following all the Changes in Governmental Policies, the Texas Government to include the Federal Branches allowed the transportation of Undocumented Aliens to Be Moved Not Only with-in the state, But Accross the Continental United States of America.

(2)

C. Cont... Those Federal agencies would include the (FBI) (FEMA) and the Department of Homeland Security; United States Border Patrol Agency.

D. Relief Sought.

Due to the Change in the Policies by the White House and the aforementioned government agencies, I would argue that my Sentence is a Moot point and would be a Violation of my Constitutional Rights.

For those reasons I would respectfully request a Review of my case, as well as a review of the policy change by the White House and the other government agencies involved, and that I be released from Prison immediately that my Supervised Release be Suspended. Also the Federal Conviction Be expunged from my Record, Due to the Simple Fact that the United States Government Has Made it Legal to Bus Aliens from the State of Texas to anywhere without Prosecution by Homeland Security or Any other agencies.

I feel that the amount of time served and the suffering that my family has endured through all of this is a good quid pro quo from the Open violations that the United States Government is currently allowing to be done.

(3)

D. Relief Sought Cont...

    Whats Good for the Goose is Good for the Gander.

        Respectfully Submitted

Date 8-31-22        _[signature]_

    I Do hereby Citify that all of the aforementioned information is true and Correct to the Best of my knowledge.

Date 8-31-22

                       _[signature]_

(4)

Mr Darrel Miller 11330-509
FCI McDowell
Po Box 1009
Welch WV
24801

Legal Mail

To Honorable Courts
300 Verginia St E 2400
Charleston WV 25301

§2241 Motion enclosed